FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 26 AM 10: 04

CLERK ____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ARLENE PERRIER, Individually and as Administratrix of the estate of ORVILLE WAYNE PERRIER, deceased<br><br>vs.<br><br>JOSE GONZALEZ and MT TRANSPORTATION & LOGISTICS SERVICES and LINCOLN GENERAL INSURANCE COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 406-227<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty (30) days of the date this Order is filed. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U. S. 375, 114 S. Ct. 1673 (1994).

Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**SO ORDERED** this _26_ day of _April_, 2007

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia