FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAY 29 AM 11:40

CLERK
SO. DIST. OF GA.

# IN THE STATE UNITED STATES DISTRICT COURT
## SOUTHERN DIVISION OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| Arlene Perrier, individually and as Administratrix of the Estate of Orville Wayne Perrier, deceased,<br><br>Plaintiff,<br><br>vs<br><br>Jose Gonzales, MT Transportation and Logistics Services and Lincoln General Insurance Company,<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) 4:06-CV-00227 BAE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the motion of Jacqueline Perrier, mother and next friend of Kurtley Lionel Perrier, a minor; Juliet Marie Wilson, mother and next friend of Shaudia Araina Perrier, a minor and Marcia Daley, mother and next friend of Christina Rose Marla Perrier, a minor, to intervene and their request for a hearing to approve the settlement in this action pursuant to Fed. R. Civ. P. 24(a) and Local Rule 17.1. Having read the motion and submissions of counsel, the Court finds that Movants have satisfied the requirements of Fed. R. Civ. P. 24(a) and their motion to intervene is **GRANTED**. The Court further rescinds is prior Order dated April 26, 2007. The Court will schedule a hearing upon further notice to all parties for the purpose of approving the settlement in this case pursuant to Local Rule 17.1. The Court further directs that no settlement monies

*Page -5-*

shall be disbursed to the parties or their counsel until approval of same by the Court.

SO ORDERED this 29 day of May, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia